**UNITED STATES of America,**
**Appellant,**

v.

**BETHLEHEM STEEL COMPANY,**
**Appellee.**

**No. 8825.**

United States Court of Appeals
Fourth Circuit.

Reargued Sept. 23, 1963.

Decided Oct. 17, 1963.

Herbert Pittle, Atty., Dept. of Justice (Ramsey Clark, Asst. Atty. Gen., Roger P. Marquis and S. Billingsley Hill, Attys., Dept. of Justice, and Joseph D. Tydings, U. S. Atty., on brief), for appellant.

David R. Owen (Semmes, Bowen & Semmes, Baltimore, Md., on brief), for appellee.

Before SOBELOFF, Chief Judge, and HAYNSWORTH, BOREMAN, and J. SPENCER BELL, Circuit Judges, sitting en banc. (BRYAN, Circuit Judge, not participating.)

PER CURIAM.

The opinion of the panel that heard this case initially is hereby withdrawn, and the judgment below is affirmed on the opinion of the District Court. D.C., 215 F.Supp. 62 (D.Md.1962).

Affirmed.

**Thomas J. McGOWAN, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 20450.**

United States Court of Appeals
Fifth Circuit.

Oct. 15, 1963.

David W. Palmer, Crestview, Fla., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., Edith House, Asst. U. S. Atty., Miami, Fla., Meyer Rothwacks, Martin B. Cowan, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., William A. Meadows, Jr., U. S. Atty., Lavinia L. Redd, Asst. U. S. Atty., for the United States.

Before RIVES and JONES, Circuit Judges, and DAWKINS, Jr., District Judge.

PER CURIAM.

The facts involved in this appeal and the applicable law are well set forth in the findings and conclusions of the district court. 222 F.Supp. 329. We are in agreement with the district court and its judgment is

Affirmed.